PAUL J. FISHMAN
United States Attorney
By: Karen H. Shelton
Assistant U.S. Attorney
402 East State Street, Room 430
Trenton, New Jersey 08608
Attorney for Defendants

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| HERIBERTO BATIZ : | HON. ROBERT B. KUGLER |
| Plaintiff, : | Civil Action No. 09-2849(RBK) |
| : | |
| v. : | |
| : | |
| FEDERAL CORRECTIONAL : | |
| INSTITUTION AT FORT DIX, NJ : | |
| et al., : | |
| : | |
| Defendants. : | |

**Order**

This matter having come before the Court upon Defendant's request for an extension of time to answer, plead or otherwise respond until December 21, 2009, and good cause appearing,

IT IS on this 9th day of November, 2009, hereby

ORDERED that the request is hereby GRANTED.

_____
ROBERT B. KUGLER
United States District Judge